IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN FORD ACKERMAN,  No. C-09-1573 TEH (PR)

        Plaintiff,

    v.  ORDER OF TRANSFER

JOHN MARSHALL, Associate Warden, et. al.

        Defendant(s).

_____/

    Plaintiff, a former prisoner recently paroled from California Men's Colony ("CMC") in San Luis Obispo, California, has filed a pro se Complaint alleging various violations of his constitutional rights while at CMC. Plaintiff also seeks to proceed in forma pauperis under 28 U.S.C. section 1915. Doc. ## 2 & 4.

    A substantial part of the events or omissions giving rise to the claim(s) occurred in San Luis Obispo County, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Venue therefore properly lies in the Central District. See id. § 1391(b).

//

1    Accordingly, in the interest of justice and pursuant to 28
2 U.S.C. section 1406(a) IT IS ORDERED that this action be TRANSFERRED
3 to the United States District Court for the Central District of
4 California, Western Division.
5    The clerk shall transfer this matter and terminate all
6 pending motions as moot.

9    IT IS SO ORDERED.

12 DATED    06/08/09                      _____
                                          THELTON E. HENDERSON
13                                        United States District Judge

26 G:\PRO-SE\TEH\CR.09\Ackerman-09-1573-transfer.wpd

**2**