**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN FORD ACKERMAN,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CALIFORNIA MENS COLONY — WEST<br>WARDEN JOHN MARSHALL, et al.,<br><br>　　　　　　Defendants. | NO. CV 09-04200 R (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1     Accordingly, IT IS ORDERED THAT:

2

3     1.  Judgment shall be entered dismissing this action with prejudice
4  for failure to prosecute and obey Court orders.

5

6     2.   The Clerk shall serve copies of this Order and the Judgment
7  herein by United States mail on Plaintiff.

8

9  DATED: December 17, 2009

```
                                    _____
                                    MANUEL L. REAL
                                    UNITED STATES DISTRICT JUDGE
```