**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN FORD ACKERMAN, | ) NO. CV 09-04200 R (SS) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CALIFORNIA MENS COLONY — WEST WARDEN JOHN MARSHALL, et al., | ) |
| Defendants. | ) |

   Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 17, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE